IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOHN D. SIMPSON,

    Plaintiff,

v.    Civil Action No. 3:16CV806

TERRY McAULIFFE, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 30, 2016, the Court conditionally docketed the action. John D. Simpson requested leave to proceed in forma pauperis. By Memorandum Order entered on March 2, 2017, the Court directed Simpson to pay an initial partial filing fee of $19.24 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Simpson has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Simpson is not entitled to proceed in forma pauperis. Simpson's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Simpson.

It is so ORDERED.

                                                        /s/ REP
                                     Robert E. Payne
                                     Senior United States District Judge

Date: March 21, 2017
Richmond, Virginia